COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Cheryl E. Hill v. Federal National Mortgage Association

Appellate case number:      01-14-00359-CV

Trial court case number:    1044206

Trial court:                County Civil Court at Law No. 4 of Harris County

On July 7, 2014, appellant, Cheryl E. Hill, filed a motion to "Obtain Review of Excessive Supersedes [sic] Bond" and an "Application for an Emergency TRO Order/Injunction Against Defendants."  The County Civil Court at Law No. 4 of Harris County signed the judgment against appellant on April 21, 2014.  Accordingly, we DENY appellant's motion and her application.  *See* TEX. PROP. CODE ANN. § 24.007(a) (West Supp. 2013) ("A judgment of a county court in an eviction suit may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court.").

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
⊠Acting individually     ☐ Acting for the Court

Date:  July 9, 2014